**Albert Curtis MILLS, Plaintiff— Appellant,**

v.

**Michael BRICE; Crystal Lee–Haskins; Danny Staten; Darryl Pugh; Robert Chambers; Eric Nelson; Theodore Donnell; Henry Gaither; Mr. Pope, Defendants—Appellees.**

No. 04–7681.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2005.

Decided: March 28, 2005.

Albert Curtis Mills, Appellant pro se.

Phillip Michael Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Curtis Mills appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mills v. Brice,* No. CA–00–1962–8 (D.Md.

Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*